UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
_____x
                                    :
RAJAT K. GUPTA,                     :
                                    :    11-cv-01900 (JSR)
                Plaintiff,          :
                                    :
        v.                          :
                                    :
SECURITIES AND EXCHANGE             :
COMMISSION,                         :
                                    :
                Defendant.          :
_____x
```

**NOTICE OF MOTION TO DISMISS COMPLAINT**

PLEASE TAKE NOTICE that Defendant U.S. Securities and Exchange Commission will move to dismiss the complaint in this matter. During an in-court conference on March 22, 2011, the Court set the following dates with respect to this motion:

| | |
|---|---|
| April 1, 2011: | Defendant SEC's papers in support of Motion to Dismiss due. |
| April 11, 2011: | Plaintiff Gupta's papers in opposition to Motion to Dismiss due. |
| April 15, 2011: | Defendant SEC's reply papers due. |
| April 21, 2011 at 4:00 PM: | Oral argument to be held. |

Respectfully submitted,

_s/_____
CHRISTOPHER M. BRUCKMANN (CB-7317)
Attorney for Defendants
Senior Counsel
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-9612
Telephone: (202) 551-5104
Facsimile: (202) 772-9263